UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO TELLEZ,

    Plaintiff,

  - against -

FREDERICK J. HANNA & ASSOCIATES, P.C.,

    Defendant.

Case No.: 1:11-CV-00245 (VM)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by all parties to this action in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice. Each party hereto shall bear its own costs and attorneys' fees.

Dated: New York, New York
    March 28, 2011

M. HARVEY REPHEN & ASSOCIATES, P.C.

By: _____
M. Harvey Rephen, Esq.
Attorney for Plaintiff
 Fernando Tellez
708 Third Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 796-0930
Email: consumeradvocatenyc@gmail.com

PHILLIPS LYTLE LLP

By: _____
Andrew J. Wells, Esq. (AW-2396)
Attorneys for Defendant
 Frederick J. Hanna & Associates,
P.C.
437 Madison Avenue, 34th Floor
New York, New York 10022
Telephone: (212) 759-4888
Email: awells@phillipslytle.com

SO ORDERED

_____
U.S.D.J

Doc # 05-403125.1